UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01536-CV-SSC                    Date: June 25, 2026

Title      Joe S. DeJesus v. Christopher Pierce, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Comply with Court Order**

On March 26, 2026, *pro se* incarcerated Plaintiff Joe S. DeJesus filed this civil rights action.  (ECF 1.)  At the time of filing, Plaintiff requested to proceed *in forma pauperis.*  (ECF 2.)  After receiving Plaintiff's inmate statement report, the Court granted the request and ordered Plaintiff to make an initial partial payment of $31.28 by May 26, 2026.  (ECF 9.)  That deadline has passed and the court has not received the payment or any other communication from Plaintiff regarding the filing fee.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **July 24, 2026,** why this action should not be dismissed for failure to comply with a court order.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-01536-CV-SSC                    Date: June 25, 2026

Title        Joe S. DeJesus v. Christopher Pierce, et al.

If Plaintiff makes the payment by **July 24, 2026**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to timely respond to this order to show cause or make the payment will result in a recommendation to the district judge to dismiss this case for failure to comply with a court order.

**IT IS SO ORDERED.**

:

Initials of Preparer        **ts**